## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH ROBERTS, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>       v.<br><br>CONNECT AMERICA.COM, LLC d/b/a MEDICAL ALERT<br><br>                Defendant. | Case No. 2:19-cv-05765-JHS<br><br>Hon. Joel H. Slomsky |

## NOTICE OF SETTLEMENT

Notice is hereby given that Plaintiff Joseph Roberts and Defendant Connect America.com, LLC ("Connect America") have reached a settlement in principle to resolve this matter. The parties anticipating formalizing the settlement in a formal written agreement and filing a notice of dismissal with prejudice in the next thirty (30) days.

                                        Respectfully submitted,

Dated:  April 23, 2020                     /s/ *Ezra D. Church*
                                        Ezra D. Church, Esq.
                                        Morgan, Lewis & Bockius LLP
                                        1701 Market Street
                                        Philadelphia, PA 19103
                                        Phone: (215) 963-5000
                                        Fax: (215) 963-5001
                                        ezra.church@morganlewis.com

                                        *Counsel for Defendant*