Cynthia Z. Levin, Esq. (SBN 27050)
Law Offices of Todd M. Friedman, P.C.
1150 First Avenue, Suite 501
King of Prussia, PA 19406
Phone: 888-595-9111 ext 618
Fax: 866 633-0228
clevin@toddflaw.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| | Case No. |
| JOSEPH ROBERTS, individually and on behalf of all others similarly situated, Plaintiff, | ) ) ) ) ) ) ) ) ) ) ) ) ) | 2:19-cv-05765-JHS  **NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE AS TO PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS.** |
| v. | |
| CONNECT AMERICA.COM, LLC d/b/a MEDICAL ALERT Defendant. | |

NOW COMES THE PLAINTIFFs by and through their attorneys to respectfully move this Honorable Court to dismiss this matter with prejudice as to plaintiff and without prejudice as to the class.  No Defendant has filed either an answer or a motion for summary judgment at this time, and no Court order is necessary pursuant to the Fed. R. Civ. P. Respectfully submitted this 29th Day of May, 2020,

By: s/ Cynthia Z. Levin

Cynthia Z. Levin, Esq.

Law Offices of Todd M. Friedman

Attorney for Plaintiff

### CERTIFICATE OF SERVICE

Filed electronically on May 29, 2020 2019, with:

United States District Court CM/ECF system

Notification sent electronically on May 29, 2020, to:

To the Honorable Court, all parties and their Counsel of Record


By: s/ Cynthia Z. Levin

Cynthia Z. Levin, Esq.

Law Offices of Todd M. Friedman

Attorney for Plaintiff